**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PHENIX SPECIALTY FILMS, LLC,

    Plaintiff,

v.                                     Case No.  3:18-cv-406-J-32MCR

PROTEIN BROTHERS, LLC,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant Protein Brothers, LLC's Motion to Compel Better Responses to First Request for Production and to Produce Documents ("Motion") (Doc. 16) filed on October 9, 2018.  To date, Plaintiff has not responded to the Motion and the time to do so has passed.  Therefore, the Motion is treated as unopposed.

The Motion seeks an order compelling Plaintiff to: (a) "provide amended Responses [to Stryve's First Request for Production] without improper objections," (b) "produce relevant documents," and (c) reimburse Defendant for the reasonable attorney's fees and costs incurred in filing its Motion.  (Doc. 16 at 10.)  Upon consideration and in light of the lack of opposition, the Motion is due to be granted.

Accordingly, it is **ORDERED:**

1.    The Motion (**Doc. 16**) is **GRANTED as stated herein**.

2.      **On or before December 12, 2018**, Plaintiff shall provide amended responses and produce all responsive records to Defendant's First Request for Production of Documents, except those identified in a properly prepared and submitted privilege log.

3.      **On or before December 19, 2018**, Plaintiff shall **SHOW CAUSE** in writing why Plaintiff and/or its counsel should not be ordered to pay Defendant's reasonable expenses, including attorney's fees, incurred in bringing the Motion. *See* Fed.R.Civ.P. 37(a)(5)(A).

**DONE and ORDERED** in Jacksonville, Florida on November 27, 2018.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record